USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CHARLES HOLLOMAN,

                Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

25-CV-8749 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 14, seeking a *nunc pro tunc* extension from March 30, 2026 to March 31, 2026 to file Plaintiff's Brief in Support of Plaintiff's Request for Review of Social Security's Decision. The request is approved, and the undersigned shall consider Plaintiff's Brief, filed on March 31, 2026 at ECF No. 15 as timely.

**SO ORDERED.**

Dated: April 1, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1